TO: The Honorable Judge George L. Russell III

11-21-17

I Cornell Harvey have been incarcerated on unrelated state charges as of May 27, 2013. And since then I've been charged in an Superseding Twenty-Two man Indictment case number: GLR-1-13-CR-00677-017 were I plead guilty to count 1 of the superseding Indictment. On April 10, 2015 I had my inital appearance in court and was ordered detained. However the date the offense concluded was March 18, 2015. Further more the date of imposition of Judgement is June 23, 2016 on the date which I assumed my time was to start even though I was ordered detained April 10, 2015. Also I would like to bring to your attention your Honor that in this indictment I was charged for crimes I also served time for in city and county custody. Listed below are the following charges: 12-20-2005 Assault Second Degree

    Docket No: 03K06000086
    18 months imprisonment

10-18-2007 Unauthorized removal of Property

    Docket No: 8807360016
    2 months 9 days imprisonment

7-09-2005 Robbery

    Docket No: 205222006
    5 months imprisonment

01-29-2011 Firearm Possession
    Docket No: 111048029
    1 year 2 months imprisonment
04-15-2011 Murder First Degree
    Docket No: 111125036 - 43
    20 months imprisonment

The reason for this notice Honorable Judge Russell III is to make sure that I'm credited the time for which I've owed up to crimes in which I've comitted. Judge Russell I would like you to note that U.S v Armstead, 552 F.3d 769, 784-85 (9th cir 2008) States Defendant entitled to credit for period in state custody as it was used as grounds to enhance his federal sentence. Honorable Judge Russell III I'm not asking for no more or no less but what's rightfully and lawfully owed to me which is time I've served to be credited to me. I would like to thank you for taking the time out of your day to read this information and if so could you please respond to me as soon as you can.

                                Thank You for Your Time
                                Cornell Harvey

2017 NOV 24 PM 12:27
RECEIVED-MAILROOM
U.S. ATTORNEY'S OFFICE
BALTIMORE, MARYLAND

Cornell Harvey #2812898
954 Forrest St
Baltimore MD 21202

Prepared For: The Honorable George L. Russell III
Assistant U.S Attorney
Andrea L. Smith
36 South Charles St 4th Floor
Baltimore MD 21201
21201-312204

